# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **YOUSSEF BOUNADER,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TRANS UNION, LLC, et al.,** | : | |
| *Defendants*. | : | **NO. 20-cv-04420** |

# O R D E R

**AND NOW,** this 4th day of December 2020, it having been reported that the issues between Plaintiff Youssef Bounader and Defendant **Equifax Information Services, LLC only** has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is **DISMISSED** with prejudice as to Defendant **Equifax Information Services, LLC only**, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ.2 41.1(b) Party (3/18)