UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YOUSSEF BOUNADER**<br>Plaintiff<br><br>vs.<br><br>**TRANS UNION, LLC, et. al.**<br>Defendants | Case Number 2:20-cv-04420-CFK |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, YOUSSEF BOUNADER, and the defendant, EXPERIAN INFORMATION SOLUTIONS, INC., that the above entitled action is hereby dismissed with prejudice as to EXPERIAN INFORMATION SOLUTIONS, INC., and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY:   */s/ Brent F. Vullings*
       Brent F. Vullings, Esq.
       *Attorney for Plaintiff*
       *Youssef Bounader*


Margolis Edelstein

BY:   */s/ Mohammad A. Ghiasuddin*
       Mohammad A. Ghiasuddin, Esq.
       *Attorney for Defendant*
       *Experian Information Solutions, Inc.*


IT IS SO ORDERED.

/s/ Chad F. Kenney                    1/7/2021

**CHAD F. KENNEY, JUDGE** J.